ACCEPTED
14-15-00442-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 3:01:50 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00442-CV

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 3:01:50 PM
CHRISTOPHER A. PRINE
Clerk

# In the
# Fourteenth Court of Appeals
# Houston, Texas

_____

CARRINGTON MORTGAGE SERVICES, LLC AND
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS INDENTURE TRUSTEE FOR NEW CENTURY HOME
EQUITY LOAN TRUST 2005-2,

Appellants,

v.

LARRY HUTTO AND BONNIE HUTTO,

Appellees.

_____

On Appeal from the 55th Judicial District Court of
Harris County, Texas, Cause No. 2013-08693

_____

APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLEES' BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

Appellees, Larry Hutto and Bonnie Hutto, move this Court to grant an extension of time

of 30 days to file Appellees' Brief, and respectfully state as follows:

1. Appellees are Larry Hutto and Bonnie Hutto. Appellees' brief is due September 14,

2015. Appellees seek an extension of 30 days until October 14, 2015 to file their

brief.

1

2. Appellants filed their brief on August 13, 2015. Because the Court did not have Appellees' counsels' correct contact information, Appellees' counsel did not receive notification that Appellants filed their brief until one week later. Immediately thereafter, on August 20, 2015, Appellees' counsel(s) filed a notice with the Court with their correct contact information. Appellees request this extension so that they have adequate time to properly prepare their case on appeal.

3. This is Appellees' first request for an extension of time to file their brief.

4. Counsel for Appellants has indicated they are unopposed to this request.

**PRAYER**

5. For these reasons herein, Appellees Larry Hutto and Bonnie Hutto ask the Court to grant an extension of time until October 14, 2015 to file their brief. Appellees also ask for any other relief to which they may be justly entitled.

Respectfully submitted,

By: */s/ Anh Thu N. Dinh*
Robert "Chip" Lane
State Bar No. 24046263
Lane@lanelaw.com
Anh Thu N. Dinh
State Bar No. 24071480
Dinh@lanelaw.com
THE LANE LAW FIRM
6200 Savoy, Suite 1150
Houston, Texas 77036
[Tel.] (713) 595-8200
[Fax] (713) 595-8201
ATTORNEYS FOR APPELLEES

2

## Certificate of Conference

I hereby certify that I have conferred with Appellants' counsel, Peter C. Smart, on August 20, 2015 and he indicated he is unopposed to the request made herein.

/s/ Anh Thu N. Dinh
Anh Thu N. Dinh

## CERTIFICATE OF SERVICE

I certify that I have served this document on all other parties which are listed below on September 3, 2015, as follows:

Peter C. Smart
Crain, Caton & James, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.658.2323 (Telephone)
713.658.1921 (Facsimile)
Attorney for Appellants

/s/ Anh Thu N. Dinh
Anh Thu N. Dinh